| | |
|---|---|
| **SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>aabramowitz@shermansilverstein.com<br>rswitkes@shermansilverstein.com | **COOLEY LLP**<br>Cullen D. Speckhart<br>Michael Klein<br>Jeremiah P. Ledwidge<br>55 Hudson Yards<br>New York, NY 10001<br>Tel: (212) 479-6000<br>cspeckhart@cooley.com<br>mklein@cooley.com<br>jledwidge@cooley.com<br><br>**CAPLIN & DRYSDALE, CHARTERED**<br>Kevin C. Maclay<br>Todd E. Phillips<br>Kevin M. Davis<br>Shahriar M. Raafi<br>1200 New Hampshire Avenue, NW, 8th Floor<br>Washington, DC 20036<br>Tel: (202) 862-5000<br>kmaclay@capdale.com<br>tphillips@capdale.com<br>kdavis@capdale.com<br>sraafi@capdale.com<br><br>*Counsel for Appellant*<br>*the Official Committee of Talc Claimants* |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WHITTAKER, CLARK & DANIELS, INC., *et al.*<br>       Debtors. | Chapter 11<br><br>Bankr. Case No. 23-13575 (MBK) |
| WHITTAKER, CLARK & DANIELS, INC., BRILLIANT NATIONAL SERVICES, INC., L. A. TERMINALS, INC., and SOCO WEST, INC.,<br>       Plaintiffs,<br>v.<br><br>BRENNTAG AG, BRENNTAG CANADA INC., BRENNTAG GREAT LAKES, LLC, BRENNTAG MID-SOUTH, INC., BRENNTAG NORTH AMERICA, INC., BRENNTAG NORTHEAST, INC., BRENNTAG PACIFIC, INC., BRENNTAG SOUTHEAST, INC., BRENNTAG SOUTHWEST, INC., BRENNTAG SPECIALTIES, INC., BRENNTAG SPECIALTIES LLC, COASTAL CHEMICAL CO., LLC, MINERAL AND PIGMENT SOLUTIONS, INC., THOSE PARTIES LISTED ON APPENDIX A TO THE COMPLAINT, and JOHN AND JANE DOES 1-1,000,<br>       Defendants. | Adv. Pro. No. 23-01245 (MBK) |
| OFFICIAL COMMITTEE OF TALC CLAIMANTS *et al.*,<br>       Appellants,<br>v.<br><br>WHITTAKER, CLARK & DANIELS, INC., *et al.*,<br>       Appellees. | Civil Action No. 3:24-cv-10914-ZNQ |

2

# NOTICE OF APPEAL

Notice is hereby given that Appellants the Official Committee of Talc Claimants of Whittaker, Clark & Daniels, Inc. and its affiliated debtors and debtors-in-possession in the above-captioned bankruptcy case; Susan Buck, individually, and as next of kin to Donna Spaulding, deceased; Shelly Yerkes; Lilo Cooper; Katia Figueroa; and Juliet Gray appeal to the United States Court of Appeals for the Third Circuit from the District Court's Opinion (Dkt. No. 21) and Order (Dkt. No. 22) entered on October 31, 2025, which affirmed in part and remanded in part the District of New Jersey Bankruptcy Court's Order Enforcing Automatic Stay and Preliminarily Enjoining Certain Actions Against Non-Debtors (Bankr. D.N.J. Adv. Pro. No. 23-01245 (MBK), Dkt. No. 366) entered on November 20, 2024.

Dated: November 26, 2025

/s/ Arthur J. Abramowitz
**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
Arthur J. Abramowitz
Ross J. Switkes
308 Harper Drive, Suite 200
Moorestown, NJ 08057
Tel: (856) 662-0700

**COOLEY LLP**
Cullen D. Speckhart
Michael Klein
Jeremiah P. Ledwidge
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6000

3

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay
Todd E. Phillips
Kevin M. Davis
Shahriar M. Raafi
1200 New Hampshire Avenue, NW, 8th Floor
Washington, DC 20036
Tel: (202) 862-5000

*Counsel to the Official Committee of Talc Claimants*

**DEAN OMAR BRANHAM SHIRLEY, LLP**
Charles W. Branham III
J. Bradley Smith
302 North Market Street, Suite 300
Dallas, TX 75202
Tel: (214) 722-5990

*Counsel to Susan Buck, Individually, and as Next of Kin to Donna Spaulding, Deceased*

**KAZAN, McCLAIN, SATTERLEY & GREENWOOD**
A Professional Law Corporation
Steven Kazan
Joseph D. Satterley
55 Harrison Street, Suite 400
Oakland, CA 94607
Tel: (510) 302-1000

*Counsel to Shelly Yerkes*

**SIMON GREENSTONE PANATIER, P.C.**
Leah C. Kagan
901 Main Street, Suite 5400
Dallas, TX 75202
Tel: (214) 276-7680

*Counsel to Lilo Cooper*

4

**WEITZ & LUXENBERG, P.C.**
Perry Weitz
Adam S. Dreksler
700 Broadway
New York, NY 10003
Tel: (212) 558-5500

*Counsel to Katia Figueroa*

**MRHFM LAW**
Marcus E. Raichle
Clay Thompson
1015 Locust Street, Suite 1200
St. Louis, MO 63101
Tel: (314) 241-2003

*Counsel to Juliet Gray*

5

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, a true and correct copy of the foregoing document was served via electronic filing upon the counsel of record via the ECF system.

Dated: November 26, 2025					*/s/ Arthur J. Abramowitz*
								Arthur J. Abramowitz